INTERNATIONAL BANK V. FERNANDEZ

This decision of the New Mexico Court of Appeals was not selected for publication in the New Mexico Appellate Reports.  Refer to Rule 12-405 NMRA for restrictions on the citation of unpublished decisions.  Electronic decisions may contain computer-generated errors or other deviations from the official version filed by the Court of Appeals.

**INTERNATIONAL BANK,**
**Plaintiff,**
**v.**
**DONACIANO RAMON FERNANDEZ, a/k/a DONNY RAY FERNANDEZ; DOLORES FERNANDEZ; THE ESTATE OF ALFREDO FERNANDEZ a/k/a JOSE ALFREDO FERNANDEZ, Deceased; DONACIANO RAMON FERNANDEZ a/k/a DONNY RAY FERNANDEZ, Personal Representative; ROBERTO URQUIJO and ELIDA F. URQUIJO, husband and wife, Defendants,**
**and**
**ROBERTO URQUIJO and ELIDA F. URQUIJO, Husband and Wife, Cross-Claimants/Appellants,**
**and**
**DONACIANO FERNANDEZ, DOLORES FERNANDEZ, and THE ESTATE OF ALFREDO FERNANDEZ, Cross-Claimants/Appellees.**

Docket No. A-1-CA-36301
COURT OF APPEALS OF NEW MEXICO
March 20, 2019

APPEAL FROM THE DISTRICT COURT OF COLFAX COUNTY, Emilio J. Chavez, District Judge

**COUNSEL**

Dave Eloy Romero, Las Vegas, NM, for Appellants

Ray Allen Floersheim, Raton, NM, for Appellees

**JUDGES**

LINDA M. VANZI, Judge. WE CONCUR:  J. MILES HANISEE, Judge, JULIE J. VARGAS, Judge

**AUTHOR:** LINDA M. VANZI

**MEMORANDUM OPINION**

**VANZI, Judge.**

**{1}** Summary affirmance was proposed for the reasons stated in the notice of proposed summary disposition. No memorandum opposing summary affirmance has been filed and the time for doing so has expired. **AFFIRMED.**

**{2}    IT IS SO ORDERED.**

**LINDA M. VANZI, Judge**

**WE CONCUR:**

**J. MILES HANISEE, Judge**

**JULIE J. VARGAS, Judge**